UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------

In Re:                                                    Case No.: 1-22-41452-nhl
                                                          Chapter 11

TCN LIBERTY MANAGEMENT INC.,

                         Debtor.
----------------------------------------------------------------

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND SERVICE OF PAPERS

 PLEASE TAKE NOTICE that the undersigned hereby appears in the above-entitled Chapter 13 case as attorney for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS OF CBA COMMERCIAL ASSETS, SMALL BALANCE COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2 pursuant to Rules 2002, 9007, 9010(b) of the Federal Rules of Bankruptcy Procedure and the Bankruptcy Code, and demands that any and all notices given or required to be given in the above-entitled Chapter 11 case and all papers served or required to be served in the above-entitled Chapter 11 case be given to and served upon the undersigned law firm at the address set forth below.

 PLEASE TAKE FURTHER NOTICE that pursuant to the Bankruptcy Code, the foregoing demand pertains not only to the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, notice of any application, complaint, demand, hearing, motion, petition, plan, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex or otherwise.

Dated: June 29, 2022

     DORF & NELSON LLP

   By: _____
     Ruth F-L. Post, Esq.
     *Attorneys for Deutsche Bank*
     555 Theodore Fremd Avenue
     Rye, New York 10580
     Tel: (914) 381-7600
     Fax: (914) 381-7608

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
In Re:                                                    Case No.:1-22-41452-nhl
                                                          Chapter 11
TCN LIBERTY MANAGEMENT INC.,

                                Debtor.
-----------------------------------------------------------------
## CERTIFICATE OF SERVICE

**STATE OF NEW YORK**         }
                             **ss.:**
**COUNTY OF WESTCHESTER** }

       **Ruth F-L. Post**, Esq., an attorney admitted to the practice of law before the various Courts of the State of New York, hereby affirms, pursuant to the F.R.C.P., under penalty of perjury, the following to be true:

       On June 29,2022, deponent caused to be deposited via the United States Postal Service, a copy of the following:

   1)  **Notice of Appearance and Demand for Notices and Service of Papers.**

enclosed in a postage paid wrapper addressed to the following parties and attorneys in this action as listed below, at the addresses indicated:

       **TCN LIBERTY MANAGEMENT INC.**
       **244 FIFTH AVENUE**
       **210B**
       **NEW YORK, NY 100001**

       **ILEVU YAKUBOV**
       **LAW OFFICE OF ILEVU YAKUBOV**
       **8002 KEW GARDENS ROAD**
       **STE 300**
       **KEW GARDENS, NEW YORK 11415**

       **U.S. TRUSTEE**
       **OFFICE OF THE UNITED STATES TRUSTEE**
       **U.S. FEDERAL OFFICE BUILDING**
       **201 VARICK STREET, SUITE 1006**
       **NEW YORK, NY 10014**

       **NEW YORK CITY DEPT. OF FINANCE**
       **OFFICE OF LEGAL AFFAIRS COLLECTION UNIT**
       **375 PEARL STREET – 30TH FLOOR**
       **NEW YORK, NY 10038**

DATED:      Rye, New York
             June 29, 2022

                                           _____
                                           Ruth F-L. Post, Esq.

Case No.: 1-22-41452-nhl

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

IN RE:

TCN LIBERTY MANAGEMENT INC.,

                              Debtor.

# NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND SERVICE OF PAPERS

**DORF & NELSON LLP**
*Attorney for Secured Creditor*

International Corporate Center

555 Theodore Fremd Avenue

Rye, NY 10580

Tel: (914) 381-7600

Fax: (914) 381-7608