**EXHIBIT A**

**THE ORDER**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In Re:

TCN Liberty Management Inc.,

                              Debtor.

Case No. 22-41452-nhl
Chapter 11

------------------------------------------------------------------------x

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND GRANTING IN REM RELIEF

Upon consideration of the Motion for Relief from Stay filed by secured creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS OF CBA COMMERCIAL ASSETS, SMALL BALANCE COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2 (hereinafter "Deutsche Bank"), on or about November 14, 2022 (the "Motion for Relief from Stay"), pursuant to 11 U.S.C. §§ 362(d)(1), (2) and (4), along with Exhibits thereto, including the Relief from Stay Worksheet submitted therewith, seeking relief from the automatic stay and *in rem* relief with respect to real property located at 361-365 Cleveland Street a/k/a 676 Liberty Avenue, Brooklyn, New York 11208 (the "Property"); and the Debtor by its counsel, Jacobs P.C., having filed an Objection in Opposition to Deutsche Bank's motion for Relief from the Automatic Stay along with Exhibit A (the "Opposition"), the Debtor's appraisal report for the property thereto on February 14, 2023; and Deutsche Bank having filed a Reply to the Opposition by the Debtor and in further Support of its Application for Relief from Automatic Stay on February 17, 2023; and the Debtor by its attorneys, Jacobs P.C., having filed a Supplement to its Opposition to Deutsche Bank's Motion for Relief from the Automatic Stay on February 20, 2023; and a Zoom hearing on the Motion for Relief from Stay having been held on February 21, 2023 (the "Hearing"), and Aaron R. Slavutin, Esq. having appeared for the Debtor, Jennifer Dartez, Esq. having appeared for the Debtor, Wayne

1

M. Greenwald, Esq. having appeared as of counsel to the Debtor, Aaron Weissberg, Esq. having appeared for Deutsche Bank, and Reema Lateef, Esq. having appeared for the Office of the United States Trustee; and after due consideration of the Motion and Opposition thereto and all evidence submitted in support thereof, and for all the reasons set forth on the record at the Hearing, the transcript of which is incorporated herein by reference, this Court having determined that the Deutsche Bank met its burden, pursuant to 11 U.S.C. § 362(d)(B), of proving that the filing of the instant case was part of a scheme to delay, hinder, and defraud creditors that involved multiple bankruptcy filings affecting such Property, and there being good and just cause for the relief granted herein; now, therefore, it is hereby

**ORDERED**, that Deutsche Bank's Motion for Relief from Stay is granted as provided herein, and it is further

**ORDERED**, that the automatic stay, in effect pursuant to 11 U.S.C. §362(a) is hereby lifted and vacated for cause, pursuant to 11 U.S.C. §§ 362(d)(1) and (d)(2) to permit Deutsche Bank, its agents, assigns or successors in interest to pursue its rights under applicable law with respect to the Property; and it is further

**ORDERED**, that, pursuant to 11 U.S.C. § 362(d)(4) and <u>provided that</u> this Order is recorded in compliance with applicable New York law governing notices of interests or liens in real property, this Order shall be binding in any other case filed under the Bankruptcy Code purporting to affect the Property that is filed within two (2) years after the date of the entry of this Order, such that the automatic stay under 11 U.S.C. § 362(a) shall not apply to Deutsche Bank's interest in the Property, except that a debtor in a subsequent case under the Bankruptcy Code may move for relief from this Order, based upon changed circumstances or for good cause shown, after notice and a hearing; and it is further

2

**ORDERED**, that any Federal, State, or local governmental unit that accepts notices of interests of liens in real property shall accept any certified copy of this Order granting *in rem* relief as to the Property pursuant to 11 U.S.C. § 362(d)(4), for purposes of indexing and recording the same; and it is further

**ORDERED**, that this Court shall retain jurisdiction over this Order to, among other things, interpret and enforce the terms and provisions hereof and determine any controversies, suits, and disputes, if any, that may arise in connection with the relief granted herein; and it is further

**ORDERED,** that counsel for Deutsche Bank will notify the Debtor and the Office of the United States Trustee of any surplus monies as a result of any sale of the Property which occurs during the pendency of the instant bankruptcy case.



Dated: March 8, 2023
Brooklyn, New York

_Nancy Hershey Lord_
Nancy Hershey Lord
United States Bankruptcy Judge